UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMIE JENSEN,<br><br>              Plaintiff(s),<br><br>  v.<br><br>CAPITAL ONE FINANCIAL CORPORATION,<br><br>              Defendant(s). | CASE NO. C24-0727-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT |

Plaintiff and Defendant have filed a stipulated motion to extend Defendant's deadline to respond to Plaintiff's complaint from June 28, 2024, to August 12, 2024. Dkt. No. 9. The Court GRANTS the motion and ORDERS that Defendant respond to the complaint no later than August 12, 2024.

Dated this 27th day of June, 2024.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT - 1