UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMIE JENSEN,<br><br>　　　　　　Plaintiff(s),<br>　　v.<br><br>CAPITAL ONE FINANCIAL CORPORATION,<br><br>　　　　　　Defendant(s). | CASE NO. C24-0727-KKE<br><br>ORDER GRANTING STIPULATED MOTION |

The parties filed a stipulated motion to re-note and extend the briefing schedule on Defendant's motion to dismiss. Dkt. No. 20. The Court GRANTS the parties' motion (Dkt. No. 20) and directs the clerk to RE-NOTE Defendant's motion to dismiss (Dkt. No. 15) for November 1, 2024. Plaintiff may file an opposition to the motion to dismiss no later than October 11, 2024, and Defendant may file a reply in support of the motion no later than November 1, 2024.

Dated this 26th day of August, 2024.

*Kymberly K. Evanson*
————————————————
Kymberly K. Evanson
United States District Judge