UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMIE JENSEN, | CASE NO. C24-0727-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| CAPITAL ONE FINANCIAL CORPORATION, | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

Defendant's obligation to respond to Plaintiff's discovery requests is temporarily STAYED until the motion to stay discovery (Dkt. No. 25) is resolved. The courtroom deputy is directed to contact the parties to schedule a hearing on that motion at a mutually agreeable time.

Dated this 25th day of September, 2024.

<u>Ravi Subramanian</u>
Clerk

<u>/s/ Serge Bodnarchuk</u>
Deputy Clerk

MINUTE ORDER - 1