UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMIE JENSEN,<br><br>                Plaintiff(s),<br>   v.<br><br>CAPITAL ONE FINANCIAL CORPORATION,<br><br>                Defendant(s). | CASE NO. C24-0727-KKE<br><br>CASE SCHEDULE THROUGH CLASS CERTIFICATION BRIEFING |

Upon review of the parties' joint status report (Dkt. No. 44), the Court finds a scheduling conference unnecessary and hereby ORDERS that this case conform to the following schedule:

| EVENT | DEADLINE |
|---|---|
| Submit agreed ESI order and protective order (or file a contested motion) | April 11, 2025 |
| Amend pleadings | May 1, 2025 |
| Substantial completion of pre-certification document discovery | September 26, 2025 |
| Completion of pre-certification fact depositions | November 14, 2025 |
| Complete mediation | On or before November 14, 2025 |
| Plaintiff's motion for class certification and disclosure of class-certification experts | December 15, 2025 |
| Defendant's opposition to class certification and disclosure of class-certification experts | January 19, 2026 |
| Plaintiff's reply in support of class certification | February 23, 2026 |

CASE SCHEDULE THROUGH CLASS CERTIFICATION BRIEFING - 1

| Oral argument on motion for class certification | TBD |

The remainder of the case schedule will be set after the Court's resolution of the motion for class certification.

Dated this 17th day of March, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge